UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JEANNINE ANTUS,                                                         :
:
                               Plaintiff,                     :
:                   23-CV-7058 (JMF)
                -v-                                                :
:                      ORDER
FRONTRUNNER TECHNOLOGIES USA, INC. et al.,  :
:
                               Defendants.                   :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Defendants in this action had until January 8, 2024 to answer or otherwise respond to the Complaint.  *See* ECF No. 22.  Accordingly, they are now in default.  On January 5, 2024, Defendants filed a request for a one-week extension of time to enter notices of appearance.  *See* ECF No. 26.  That request is DENIED, both because it was not filed through counsel, *see* ECF No. 22 (reminding Defendants that an entity can appear in federal court only through admitted counsel), and because Defendants have had ample time to obtain counsel.

       Plaintiff shall file any motion for default judgment, in accordance with the Court's Individual Rules and Practices for Civil Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman), **within three weeks of the date of this Order**.  If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at Furman_NYSDChambers@nysd.uscourts.gov.

       If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing.  If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.  Accordingly, **the initial pretrial conference scheduled for January 25, 2024 is hereby ADJOURNED** *sine die.*

       Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

       SO ORDERED.

Dated: January 9, 2024
       New York, New York
                                                                 JESSE M. FURMAN
                                                             United States District Judge