

January 24, 2024

**Application GRANTED. The Clerk of Court is directed to terminate ECF No. 32. SO ORDERED.**

**VIA ECF**
Hon. Jesse M. Furman
United States Courthouse
40 Foley Square
New York, NY 10007

*January 24, 2024*

**RE: Request for Extension to File Motion for Default**
     Antus v. Frontrunner Technologies, USA, Inc. (1:23-cv-7058-JMF)

Dear Judge Furman,

    This firm represents Plaintiff Antus in the above-captioned action. I write to respectfully request a three (3) week extension to file the Motion for Default in the above captioned matter. The deadline is currently January 30, 2024. This is Plaintiff's first request for an extension of time in this matter. If granted, Plaintiff's new deadline to file a Motion for Default will be February 20, 2024.

    Plaintiff and Plaintiff's counsel requests this additional time to conduct a full review all payments made by Defendants to Plaintiff and ensure that all calculations are correct. Plaintiff's counsel is also involved in several matters which are proceeding to mediation. Plaintiff has already obtained a Clerk's Certificate of Default.

    I thank the Court for its consideration and attention to this matter.

                Respectfully Submitted,
                **DEREK SMITH LAW GROUP, PLLC.**
                *Attorneys for Plaintiff*

            BY: _/s/_____
                Danilo Bandovic, Esq.
                1 Pennsylvania Plaza, 49th Floor
                New York, New York 10119

CC: nelliott@frontrunner-tech.com