**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JEANNINE ANTUS,

                Plaintiff,                23 **CIVIL** 7058 (MMG)

     -against-                    **JUDGMENT**

FRONTRUNNER TECHNOLOGIES USA, INC.,
FRONTRUNNER TECHNOLOGIES INC., and
NATHAN ELLIOT, individually,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated January 3, 2025, as there are no objections and as the Court finds no clear error in the record, the Court hereby adopts the R&R in its entirety.  Plaintiff is awarded, for her contract claim only, (1) damages in the amount of $267,980.77; (2) prejudgment interest in the amount of $58,125.03; and (3) post-judgment interest pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York
           January 3, 2025

                                                             **TAMMI M. HELLWIG**
                                                                   **Clerk of Court**

                              **BY:**      *K. Mango*

                                                                    **Deputy Clerk**