```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEANNINE ANTUS,

               Plaintiff,

-against-

FRONTRUNNER TECHNOLOGIES USA, INC., FRONTRUNNER TECHNOLOGIES INC., and NATHAN ELLIOT, individually,

               Defendants.

23-CV-07058 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    On January 3, 2025 this case was closed after the Clerk entered a final judgment against Defendants, following default proceedings and inquest. *See* Dkt. No. 53. On February 10, 2025, Plaintiff moved to compel Defendants to produce certain post-judgment discovery in aid of collecting on the judgment. *See* Dkt. No. 54. The Court thereafter set a deadline of February 28, 2025 for Defendants to respond to the motion and ordered the parties to meet and confer in the meantime. *See* Dkt. No. 55. The Court also stated that if Defendants missed the deadline to oppose the motion, "the Court will consider the motion unopposed and is likely to grant it." *Id.* Defendants did not file any opposition to Plaintiff's motion to compel by the February 28, 2025 deadline or otherwise.

    On March 26, 2025, Plaintiff renewed its request to compel Defendants to "comply with subpoenas and to respond to post-judgement discovery already served in accordance with Rule 37 of the Federal Rules of Civil Procedure." *See* Dkt. No. 58. Plaintiff represents that Defendants "have not responded or otherwise complied with <u>any</u> of their post-judgment discovery obligations[,]" and Plaintiff's counsel's attempted outreach to counsel for Defendants has been unsuccessful. *Id.*

    The Court, having heard no opposition from Defendants in response to Plaintiff's motion to compel, HEREBY GRANTS Plaintiff's motion at Dkt. No. 58 and HEREBY ORDERS Defendant Nathan Elliot to personally appear for a deposition in response to Plaintiff's post-judgement subpoenas served in accordance with Fed. R. Civ. P. 37. Defendant Elliot is hereby notified that non-compliance with this order may result in monetary sanctions or other civil penalties.

    Plaintiff's counsel is FURTHER ORDERED to submit a status report to the Court by no

2

later than **May 1, 2025** informing the Court as to whether the deposition has occurred and if any post-judgment discovery remains outstanding.

The Clerk of Court is respectfully directed to terminate Dkt. Nos. 54 and 58.

Dated: April 3, 2025
New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge