USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/8/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEANNINE ANTUS,

                Plaintiff,

      -against-

FRONTRUNNER TECHNOLOGIES USA, INC.,
FRONTRUNNER TECHNOLOGIES INC., and
NATHAN ELLIOT, individually,

                Defendants.

23-CV-07058 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On January 3, 2025 this case was closed after the Clerk entered a final judgment against Defendants, following default proceedings and inquest. *See* Dkt. No. 53. On March 20, 2026 Plaintiff filed a letter motion seeking (1) a pre-motion conference, or, in the alternative, (2) leave to file a motion to compel Schuyler Elizabeth Sauter, a current employee of Defendant Frontrunner Technologies, to comply with a non-party document subpoena. Dkt. No. 63. Plaintiff also seeks to recover attorneys' fees in connection with the subpoena. *Id.*

Given the circumstances described in Plaintiff's March 20, 2026 letter, the Court grants Plaintiff leave to file a motion to compel Ms. Sauter to comply with the subpoena. However, pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i), the motion must be made in "the court for the district where compliance is required." *United States ex rel. Ortiz v. Mount Sinai Hosp.*, 169 F. Supp. 3d 538, 543 (S.D.N.Y. 2016) (quoting Fed. R. Civ. P. 45(d)(2)(B)(i)). Plaintiff represents that the subpoena was served on Ms. Sauter at her residence in Nassau County. *See* Dkt. No. 63 at 1. Accordingly, any motion to compel should be filed in the Eastern District of New York.

The Clerk of Court is respectfully directed to terminate Dkt. No. 63.

Dated: April 8, 2026
      New York, New York

                            SO ORDERED.

                            MARGARET M. GARNETT
                            United States District Judge